AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
| v. | ) | |
| OLIVER JAROL VAQUERO-BOXTHA | ) | Case No. 8:17-MJ-1094-T-AAS |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 2, 2017 in the county of Hernando in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) | Illegal alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Anthony M. Fiorita, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 3, 2017

_____
Judge's signature

City and state: Tampa, Florida

AMANDA A. SANSONE, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Anthony M. Fiorita, being duly sworn, hereby depose and state as follows:

1. I have been employed as a United States Border Patrol Agent with the United States Border Patrol since February 3, 1997. Since August 8, 2004, I have been assigned to the United States Border Patrol Station in Tampa, Florida as a Border Patrol Agent (BPA).

2. In my capacity as a Border Patrol Agent, I am charged with enforcing U.S. immigration laws, both administrative and criminal sections of the law. My responsibilities include investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal experience and observations and those of other agents. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Oliver Jarol VAQUERO-Boxtha, a Mexican citizen and national, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On February 2, 2017, Tampa Border Patrol Agents found Oliver Jarol VAQUERO-Boxtha in Brooksville, Hernando County, Middle District of Florida, during a vehicle stop on I-75 southbound, near mile marker 304. Before stopping the vehicle, agents conducted a database search which revealed that the vehicle was registered to a previously deported Mexican national. After conducting a further records search on the laptop in his vehicle, the agent conducting the stop could see that the driver's appearance matched the photograph of the previously deported alien and registered owner of the vehicle.

5. VAQUERO-Boxtha admitted to being a Mexican citizen illegally in the United States and that he had entered at a time and place other than a designated Port of Entry without seeking and receiving permission from the Department of Homeland Security.

6. The subject was transported to the Tampa Border Patrol Station. Records checks revealed that Oliver Jarol VAQUERO-Boxtha, a Mexican citizen, had been deported to Mexico from the United States on June 19, 2014, after having been encountered by Immigration and Customs Enforcement during an operation. VAQUERO-Boxtha illegally reentered the United States on July 31, 2014 at or near Laredo, Texas. He was apprehended and charged with Illegal Entry. On August 1, 2014, he was convicted of Illegal Entry and sentenced to 15 days. VAQUERO-Boxtha was subsequently removed from the United States on August 14, 2014. This information was verified through fingerprint comparisons conducted through the

Next Generation Identification (NGI) System, the Central Index System, National Crime Index Center, and Enforce Alien Removal Module.

7. No information exists that VAQUERO-Boxtha had either requested or received permission from any immigration official to re-enter the United States after his deportation.

## CONCLUSION

Based on the foregoing facts, I believe there is probable cause to establish that Oliver Jarol VAQUERO-Boxtha, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Anthony M. Fiorita
U.S. Border Patrol Agent

Subscribed to and sworn before me
This 3rd day of February, 2017

_____
AMANDA A. SANSONE
United States Magistrate Judge