UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17 cr 67 T 33 AAS
8 U.S.C. § 1326(a)

OLIVER JAROL VAQUERO-BOXTHA
  a/k/a Oliver Vaquero-Boxtha
  a/k/a Oliver Vaquero

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 2, 2017, in the Middle District of Florida, the defendant,

OLIVER JAROL VAQUERO-BOXTHA,
a/k/a Oliver Vaquero-Boxtha,
a/k/a Oliver Vaquero,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about June 19, 2014, and on or about August 14, 2014, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Kaitlin R. O'Donnell
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Deputy Chief, Major Crimes Section

T:\_Cases\Criminal Cases\V\Vaquero-Boxtha, Oliver Jarol_2017R00300_KRO\p_Indictment2.docx

FORM OBD-34
APR 1991

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

OLIVER JAROL VAQUERO-BOXTHA
a/k/a Oliver Vaquero-Boxtha
a/k/a Oliver Vaquero

**INDICTMENT**

Violations:

Title 8, United States Code, Section 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 15th day of February 2017.

_____
Clerk

Bail $ _____

GPO 863 525

T:\_Cases\Criminal Cases\V\Vaquero-Boxtha, Oliver Jarol_2017R00300_KROY_Indictment Backsheet.docx